NAME: CHARLES E. BECKNER
PRISON NUMBER: F-91260
CURRENT ADDRESS OR PLACE OF CONFINEMENT: P.O. Box 3535 (CRC)
CITY, STATE, ZIP CODE: Norco, CA 92860



2254 ✓   1983 ___
FILING FEE PAID  Yes ✓  No ___
IFP MOTION FILED  Yes ___  No ✓
COPIES SENT TO  Court ✓  ProSe ___

FILED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CHARLES EDWARD BECKNER,
(FULL NAME OF PETITIONER)
   PETITIONER

   v.

MATTHEW M. MARTEL,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
   RESPONDENT
   and

EDMOND G. BROWN JR.,
The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 0482 BEN JMA
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: EAST COUNTY COURT 250 E. MAIN ST. EL CAJON CA 92020

2. Date of judgment of conviction: 10/15/07

3. Trial court case number of the judgment of conviction being challenged: SCE267833

4. Length of sentence: 32 MONTHS @ 80%

5. Sentence start date and projected release date: SENTENCE TO BE SERVED CONSEC-
UTIVELY TO SCD196623 (6yrs. 4mos)

6. Offense(s) for which you were convicted or pleaded guilty (all counts): BURGLARY, FORGERY, RESISTING ARREST

7. What was your plea? (CHECK ONE)
   (a) Not guilty        ☐
   (b) Guilty            ☒
   (c) Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury         ☐
   (b) Judge only   ☐

9. Did you testify at the trial?
   ☐ Yes  ☐ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes  ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised on direct appeal: _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised: _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised: _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes   ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number: _SCE 267833_
    (b) Nature of proceeding: _HABEAS CORPUS_
    (c) Grounds raised: _6TH AMENDMENT VIOLATION - VIOLATION OF PROCEDURAL DUE PROCESS - RIGHT TO A SPEEDY TRIAL._
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☒ Yes   ☐ No
    (e) Result: _DENIED BY JUDGE EXARHOS_
    (f) Date of result: _5-?-07 (PAPERWORK LOST IN CELL SEARCH)_

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☒ Yes   ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number: D051196
    (b) Nature of proceeding: HABEAS CORPUS
    (c) Grounds raised: 6TH AMENDMENT VIOLATION - VIOLATION OF PROCEDURAL DUE PROCESS - RIGHT TO A SPEEDY TRIAL

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☑ Yes  ☐ No
    (e) Result: DENIED
    (f) Date of result: 7/19/07

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☑ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number: S154888
    (b) Nature of proceeding: HABEAS CORPUS

    (c) Grounds raised: 6TH AMENDMENT VIOLATION - VIOLATION OF PROCEDURAL DUE PROCESS - RIGHT TO A SPEEDY TRIAL.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☑ Yes  ☐ No
    (e) Result: DENIED
    (f) Date of result: 8-29-07

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

    I TRIED AND IT WAS RETURNED DENIED.

### COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☑ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

**CAUTION:**
- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

### GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**: VIOLATION OF 6TH AMENDMENT OF U.S. CONSTITUTIONS RIGHT TO A SPEEDY TRIAL. VIOLATION OF CA. CONST. ART I § 7, §14 VIOLATION OF PROCEDURAL DUE PROCESS

   Supporting FACTS (state *briefly* without citing cases or law) PETITIONER WAS ARRESTED BY THE EL CAJON POLICE DEPT. ON JAN. 08, 2007, AT 18:00 HOURS FOR SUSPICION OF BURGLARY, FORGERY, AND RESISTING ARREST. PETITIONER WAS BROUGHT BEFORE A MAGISTRATE FOR ARRAIGNMENT ON JAN. 11, 2007 AT 13:30 HOURS, FOR A TOTAL OF 65 HOURS AFTER HIS ARREST.

   Did you raise GROUND ONE in the California Supreme Court?
   ☑ Yes ☐ No.

(b) **GROUND TWO**: _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you raise **GROUND TWO** in the California Supreme Court?
☐ Yes ☐ No.

(c) **GROUND THREE**: _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you raise **GROUND THREE** in the California Supreme Court?

☐ Yes ☐ No.

(d) **GROUND FOUR**: _____

_____

_____

Supporting **FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you raise **GROUND FOUR** in the California Supreme Court?

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☑ Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: SUPERIOR COURT OF CALIFORNIA
    (b) Case Number: SCE267833
    (c) Date action filed: 3/3/08
    (d) Nature of proceeding: HABEAS CORPUS

    (e) Grounds raised: RESTITUTION FINE BEING DOUBLE JEOPARDY

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☑ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: ARTURO HERRERA
        250 E. MAIN ST EL CAJON, CA 92020
    (b) At arraignment and plea: ARTURO HERRERA
        "                                    "
    (c) At trial: _____

    (d) At sentencing: OLIVIA GILLIAM
        250 EAST MAIN ST EL CAJON, CA 92020
    (e) On appeal: _____
    (f) In any post-conviction proceeding: _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: _____

   (b) Give date and length of the future sentence: THE SENTENCE UNDER ATTACK IS TO BE SERVED CONSECUTIVE TO SCD196623.

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
3-13-2008

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-13-2008               [signature]
(DATE)                      SIGNATURE OF PETITIONER

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

FILED
Stephen M. Kelly, Clerk
JUL 1 9 2007
Court of Appeal Fourth District

In re CHARLES E. BECKNER

on

Habeas Corpus.

D051196

(San Diego County
Super. Ct. No. SCE 267833)

THE COURT:

The petition for writ of habeas corpus and request for stay have been read and considered by Justices McDonald, McIntyre, and O'Rourke. The petition is denied without prejudice to the issues being raised on appeal.

McDONALD, Acting P. J.

Copies to: All parties

S154888

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re CHARLES E. BECKNER on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *In re Dixon* (1953) 41 Cal.2d 756.)

SUPREME COURT
**FILED**

AUG 2 9 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
**GEORGE**
Chief Justice

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Charles Edward Beckner

2254 ✓   1983
FILING FEE PAID
Yes ✓   No
IFP MOTION FILED
Yes ___   No ✓
COPIES SENT TO
Court ✓   Pro Se

**DEFENDANTS**

Martel, et al.

FILED
MAR 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Riverside
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Charles Edward Beckner
PO Box 3535
Norco, CA 92860
F-91260

**ATTORNEYS (IF KNOWN)**

'08 CV 0482 BEN JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $ _____
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE  3/14/2008   SIGNATURE OF ATTORNEY OF RECORD  R. Miller

CR #148819  $5.00  pd 3/17/08

```
         UNITED STATES
        DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

        # 148819     - KD
        * * C O P Y * *
          March 17, 2008
              11:24:12


          Habeas Corpus
USAO #.: 08CV0482
Judge..: ROGER T BENITEZ
Amount.:                    $5.00 CK
Check#.: PC 2234



Total->    $5.00


FROM: HABEAS CORPUS
      BECKNER V. MARTEL
      08CV0482-BEN
```