EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ANTHONY DA SILVA.
Deputy Attorney General
LISE S. JACOBSON, State Bar No. 183862
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2293
 Fax: (619) 645-2271
 Email: Lise.Jacobson@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD BECKNER,<br><br>                    Petitioner,<br><br>v.<br><br>MATTHEW M. MARTEL, Warden, et al.,<br><br>                    Respondents. | 08-cv-00482 BEN (JMA)<br><br>ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DA SILVA.
   Deputy Attorney General
5  LISE S. JACOBSON, State Bar No. 183862
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2293
     Fax: (619) 645-2271
9    Email: Lise.Jacobson@doj.ca.gov

10 Attorneys for Respondents

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13                         WESTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD BECKNER,<br><br>                           Petitioner,<br><br>    v.<br><br>MATTHEW M. MARTEL, Warden, et al.,<br><br>                           Respondents. | 08-cv-00482 BEN (JMA)<br><br>ANSWER TO PETITION FOR<br>WRIT OF HABEAS CORPUS |

        Respondent, Matthew M. Martel, Warden of the California Rehabilitation Center in Norco, California, by and through his counsel, Edmund G. Brown, Jr., Attorney General for the State of California, and Lise Jacobson, Deputy Attorney General, makes this Answer pursuant to the Order of this Court filed on March 27, 2008. Respondent denies and affirmatively alleges as follows:

                                    I.

        Petitioner Charles Edward Beckner is presently in the lawful custody of the California Department of Corrections and Rehabilitation at the California Rehabilitation Center in Norco, California, pursuant to a valid judgment of conviction rendered on October 15, 2007, in San Diego County Superior Court case no. SCE267833. Beckner was sentenced to prison for two years and

eight months after he plead guilty to commercial burglary, check forgery, and resisting an officer, and admitted he had sustained a prior strike conviction and two prior prison term convictions.

## II.

Beckner's detention is lawful and proper.

## III.

The present case is governed by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).

## IV.

Beckner raises one ground for relief: the sixty-five hour delay between his arrest and arraignment violated his Sixth Amendment right to a speedy trial, his state constitutional rights to a speedy trial and due process, and procedural due process.

## V.

Beckner exhausted state court remedies by presenting his claims to the California Supreme Court in a state habeas petition. The Petition is also timely.

## VI.

Beckner's claims are barred by his guilty plea.

## VII.

Beckner's claim that the pre-charging delay violated his state constitutional rights does not present a federal question.

## VIII.

The Petition should be denied and dismissed with prejudice because the San Diego County Superior Court properly rejected Beckner's claims in a decision that involved neither an unreasonable application of clearly established federal law as set forth by the United States Supreme Court, nor an unreasonable determination of the facts in light of the evidence presented, and because Beckner has failed to rebut the Superior Court's presumptively correct factual findings with clear and convincing evidence to the contrary.

## IX.

Beckner is not entitled to an evidentiary hearing.

**X.**

Respondent has lodged all transcripts, briefs, and opinions in counsel's possession that are required by 28 U.S.C. foll. § 2254, Rule 5(c) and (d). Respondent incorporates all of the lodgments into this Answer.

**XI.**

The relevant procedural history is set forth in the accompanying Memorandum of Points and Authorities which is herein incorporated by reference. Except as expressly admitted, Respondent denies each and every allegation of the Petition and specifically denies that Beckner's constitutional rights have been or are being violated.

WHEREFORE, for the reasons set forth more fully in the following Memorandum of Points and Authorities and Lodgments, it is respectfully requested that the Petition be denied with prejudice.

Dated: May 12, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DA SILVA
Deputy Attorney General


/s/ LISE S. JACOBSON

LISE S. JACOBSON
Deputy Attorney General

Attorneys for Respondents

SD2008700257
70123391.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Charles Edward Beckner v. Matthew M. Martel, Warden**
Case No.:    **08-0482 BEN (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 13, 2008, I served the attached **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Charles E. Beckner
CDC No. F-91260
P. O. Box 3535
Norco, CA 92860
*Petitioner in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 13, 2008, at San Diego, California.

| C. Pasquali | C. Pasquali |
|---|---|
| Declarant | Signature |

70123533.wpd