1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DA SILVA.
   Deputy Attorney General
5  LISE S. JACOBSON, State Bar No. 183862
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2293
     Fax: (619) 645-2271
9    Email: Lise.Jacobson@doj.ca.gov

10 Attorneys for Respondents

11                IN THE UNITED STATES DISTRICT COURT

12               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13                            WESTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD BECKNER,<br><br>                                    Petitioner,<br><br>        v.<br><br>MATTHEW M. MARTEL, Warden, et al.,<br><br>                                    **Respondents.** | 08-cv-00482 BEN (JMA)<br><br>NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE |

20        Respondent hereby lodges the following documents with this Court:

21     1. Guilty plea form;

22     2. Minute order from September 10, 2007;

23     3. Minute order from October 15, 2007

24     4. Abstract of judgment;

25     5. Habeas petition filed in San Diego County Superior Court Case No. HC 18895;

26     6. Order denying habeas petition in San Diego County Superior Court Case No. 18895;

27     7. Habeas petition filed in San Diego County Superior Court Case No. EHC 594;

28     8. Habeas petition filed in San Diego County Superior Court Case No. EHC 593;

1    9. Order denying petitions in San Diego County Superior Court Case Nos. ECH 593, 594;

2    10. Habeas petition filed in California Court of Appeal Case No. D051087;

3    11. Order denying petition in California Court of Appeal Case No. D051087;

4    12. Habeas petition filed in San Diego County Superior Court Case No. EHC 596;

5    13. Oder denying petition in San Diego County Superior Court Case No. EHC 596;

6    14. Habeas petition filed in California Court of Appeal Case No. D051196;

7    15. Order denying petition in California Court of Appeal Case No. D051196;

8    16. Habeas petition filed in California Supreme Court Case No. S154888;

9    17. Order denying petition in California Supreme Court Case No. S154888;

10    18. Habeas petition filed in California Supreme Court Case No. S155254;

11    19. Order denying petition in California Supreme Court Case No. S155254;

12    20. Habeas petition filed in San Diego County Superior Court Case No. HC 18895;

13    21. Order denying petition in San Diego County Superior Court Case No. EHC 633; and

14    22. Order denying petition in San Diego County Superior Court Case No. HC 18895.

15    Since the above lodgments are photocopies, they do not need to be returned to counsel

16    Dated: May 12, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DA SILVA
Deputy Attorney General


/s/ LISE S. JACOBSON

LISE S. JACOBSON
Deputy Attorney General

Attorneys for Respondents

SD2008700257
70123397.wpd

08-cv-00482 BEN (JMA)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Charles Edward Beckner v. Matthew M. Martel, Warden**
Case No.:     **08-0482 BEN (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 13, 2008, I served the attached **NOTICE OF LODGMENT IN S8 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Charles E. Beckner
CDC No. F-91260
P. O. Box 3535
Norco, CA 92860
*Petitioner in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 13, 2008, at San Diego, California.

C. Pasquali                                  *C. Pasquali* (signature)
---------------                              ---------------
Declarant                                    Signature

70123533.wpd