CHARLES E. BECKNER F-91260
P.O. BOX 3535
NORCO, CA 92860
PRO-PER

FILED
2008 JUL 17 PM 3:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUL 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CHARLES E. BECKNER,
           PETITIONER

V.

MATTHEW M. MARTEL, WARDEN, et al,
           RESPONDENTS.

CIVIL NO. 08-0482 BEN (JMA)

MOTION FOR CONTINUANCE

PETITIONER, CHARLES E. BECKNER, HUMBLY REQUESTS THAT THE COURT GRANT HIM A 90 DAY CONTINUANCE. THE PETIONER IS REQUIRED BY THE COURTS TO FILE A TRAVERSE TO RESPONDANTS MOTION NO LATER THAN JULY 16, 2008.

THE PETITIONER, CHARLES E. BECKNER, HAS BEEN OUT TO COURT ON AN UNRELATED MATTER AND HAS BEEN AWAY FROM ALL LEGAL MATERIALS AND ACCESS TO A LAW LIBRARY. THE PETITIONER IS ALSO PROCEEDING FORTH PRO-PER.

THE PETITIONER HUMBLY REQUESTS THAT THE

(1)

1  COURT GRANT HIM EITHER A 60 or 90 DAY CONTINUANCE
2  IN ORDER TO PROPERLY PREPARE AND FILE A TRAVERSE
3  TO RESPONDANTS REPLY.

RESPECTFULLY SUBMITTED,

BY _____
   CHARLES E. BECKNER
   PRO·PER

DATED: 7/8/08

THE PETITIONER, CHARLES E. BECKNER, DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED

BY _____
   CHARLES E. BECKNER
   PRO·PER

DATED: 7/8/08

(2)

## PROOF OF SERVICE BY MAIL
### (C.C.P. SEC. 1013 (a) & 2015.5:  28 U.S.C. SEC. 1746

I, __TED POLANCO__, DEPOSE AND STATE UNDER THE PENALTY OF PERJURY THAT I AM OVER 18 YEARS OF AGE, THAT I AM NOT A PARTY TO THE ATTACHED ~~PETITION~~ MOTION FOR __CONTINUANCE__ BY A PERSON IN STATE CUSTODY IN PROPIA PERSONA AND THAT I DID ON THE BELOW CASE, DEPOSIT IN THE UNITED STATES MAIL AT __NORCO__, CALIF. THE ORIGINAL AND __0__ COPIES OF THE ABOVE DESCRIBED DOCUMENT WITH POSTAGE FULLY PRE-PAID THEREON FOR MAIL TO:

DATE EXECUTED, __7/8/08__, BY __Ted Polanco__
(DECLARANT)

__[signature]__
(PRISONER)

PROOF OF SERVICE BY MAIL

RETURN NOTICE OF RECEIVING TO:

CHARLES E. BECKNER F-91260
P.O. BOX 3535
NORCO, CA 92860

1258 P.C.