# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
**2008 AUG 22 PM 3:19**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE   Adler
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 8/20/2008
CASE NO.: 08cv0482 BEN (JMA)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Beckner v. Martel, et al
DOCUMENT ENTITLED: Motion for Extension of Time

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: The Court Granted the request in an order dated 7/31/2008. Petitioner may filed his Traverse not later than Sept. 8, 2008 |

Date forwarded: 8/21/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Adler

Dated: 8/21/08   By: HAH
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1  CHARLES E. BECKNER (your name)
2  F91260 (CDC #)
3  P.O. BOX 3535
4  NORCO, CALIFORNIA
   92860
5  In Propria Persona

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. BECKNER, <br> Petitioner, <br> V. <br> MATTHEW CATE, SECERTARY DEPT. OF CORRECTION AND REHABILITATION OF THE STATE OF CALIFORNIA <br> Respondent, | CASE No. CV08-482 BN(JMA) <br><br> MOTION FOR EXTENSION OF TIME |

TO: THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:

**PLEASE TAKE NOTICE:** That petitioner prays that this court will grant petitioner an Extension Of Time in which to file **TRAVERSE** _____ due in this Court currently on the __16__ day of __July__, 200_8_.

This Request For Extension Of Time is based on the attached declaration of petitioner, and all the papers filed herewith.

RESPECTFULLY SUBMITTED

/s/ _CC E B_

CHARLES E. BECKNER
In Pro Per

1